**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Alonzo Lee MURPHY, Jr.,
Defendant–Appellant.**

No. 08–61090
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 2, 2009.

Richard Terrell Starrett, Assistant U.S., Giles Wood Bond, Jr., Assistant U.S., U.S. Attorney's Office, Jackson, MS, for Plaintiff–Appellee.

Alonzo Lee Murphy, Jr., Petersburg, VA, pro se.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Alonzo Lee Murphy, Jr., Federal prisoner # 06502–043, was convicted in 2002 of aiding and abetting bank robbery and of aiding and abetting the brandishing of a firearm during a crime of violence. After the conviction was affirmed on direct appeal, he did not seek relief under 28 U.S.C. § 2255. Instead, in November 2008, he filed a Federal Rule of Civil Procedure 60(b)(6) motion seeking to vacate his convictions and sentences on due process grounds. The district court denied relief without providing reasons. Murphy has appealed.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

We are unable to discern whether the district court construed Murphy's pleading as sounding under Rule 60(b) or 28 U.S.C. § 2255 and also unable to determine the basis on which the court denied relief. Rather than speculate on the district court's reasoning, we hold the appeal in abeyance and remand the matter to the district court for the entry of reasons consistent with this opinion.

APPEAL HELD IN ABEYANCE; LIMITED REMAND.

---

the limited circumstances set forth in 5TH CIR R. 47.5.4.